# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128752

SANDRA A. OSTRANDER, Personal
Representative of the Estate of MERRILL
C. OSTRANDER, Deceased,
       Plaintiff/Counter-Defendant-
       Appellee,

v

RICHARD OSTRANDER, Trustee of
RICHARD OSTRANDER REVOCABLE
TRUST, and SHIRLEY OSTRANADER,
Trustee of SHIRLEY OSTRANDER
REVOCABLE TRUST,
       Defendants/Counter-Plaintiffs-
       Appellants.

SC: 128752
COA: 250883
Arenac CC: 02-008154-CH

_____/

      On order of the Court, the application for leave to appeal the April 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024